

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00421-CR

| | | |
|---|---|---|
| Ex parte Juan Manuel Piceno | § | From the 89th District Court |
| | § | of Wichita County (179,509-C) |
| | § | June 12, 2014 |
| | § | Opinion by Justice Gardner |
| | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and this case is remanded for further proceedings consistent with this opinion.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Anne Gardner_____
       Justice Anne Gardner